**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6416

LARRY WILLIAMS,

Plaintiff - Appellant,

v.

WARDEN KELLY; JAMES SAVGE; DOC DEEZIEN; PAM C. KELLY; SUSAN THOMAS JAMES; AL GREEN; S. QUE; PAT BARFIELD; JOE HARRIS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Mary G. Lewis, District Judge.  (5:22-cv-00004-MGL)

Submitted:  June 22, 2023                          Decided:  June 27, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Williams' 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Williams v. Kelly*, No. 5:22-cv-00004-MGL (D.S.C. Apr. 12, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*